**FISH & RICHARDSON P.C.**
Neil J. McNabnay (*pro hac vice* application to be filed)
mcnabnay@fr.com
Ricardo J. Bonilla (*pro hac vice* application to be filed)
rbonilla@fr.com
Lance E. Wyatt, Jr. (*pro hac vice* application to be filed)
wyatt@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Attorneys for Defendants
GOLDEN NUGGET, INC. and LANDRY'S, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN NUGGET, INC. AND LANDRY'S, INC.,<br><br>Defendant. | MMD<br>2:18-CV-00864-~~GMN~~-NJK<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Linksmart Wireless Technology, LLC and Defendants Golden Nugget, Inc. and Landry's, Inc. (collectively, "Defendants"), by and through their undersigned counsel of record, that Defendants shall have until July 20, 2018, to respond to the Complaint. The extension is sought to allow Defendants sufficient time to analyze Plaintiff's Complaint and obtain local counsel, not for the purpose of improper delay.

**IT IS SO STIPULATED AND AGREED.**

Dated: June 18, 2018

| By */s/ Mark Borghese* | By */s/ Neil J. McNabnay* |
|---|---|
| Mark Borghese<br>Nevada Bar No. 6231<br>mark@borgheselegal.com<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Telephone: (702) 382-0200<br>Facsimile: (702) 382-0212<br><br>Larry C. Russ<br>(*pro hac vice* application pending )<br>lruss@raklaw.com<br>Marc A. Fenster<br>(*pro hac vice* application pending)<br>mfenster@raklaw.com<br>Benjamin T. Wang<br>(*pro hac vice* application pending)<br>bwang@raklaw.com<br>Kent N. Shum<br>(*pro hac vice* application pending)<br>kshum@raklaw.com<br>Bahrad A. Sokhansanj<br>(*pro hac vice* application pending)<br>bsokhansanj@raklaw.com<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br><br>ATTORNEYS FOR PLAINTIFF<br>LINKSMART WIRELESS<br>TECHNOLOGY, LLC | Neil J. McNabnay<br>(*pro hac vice* application to be filed)<br>mcnabnay@fr.com<br>Ricardo J. Bonilla<br>(*pro hac vice* application to be filed)<br>rbonilla@fr.com<br>Lance E. Wyatt, Jr.<br>(*pro hac vice* application to be filed)<br>wyatt@fr.com<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Tel. 214.747.5070<br>Fax: 214.747.2091<br><br>ATTORNEYS FOR DEFENDANTS<br>GOLDEN NUGGET, INC. and LANDRY'S, INC. |

## **ORDER**

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: June 19, 2018