**SNELL & WILMER L.L.P.**
Patrick Byrne
Nevada Bar No. 7636
pbyrne@swlaw.com
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89168
Telephone: (702) 784-5200

**FISH & RICHARDSON P.C.**
Neil J. McNabnay (*pro hac vice* application to be filed)
mcnabnay@fr.com
Ricardo J. Bonilla (*pro hac vice* application to be filed)
rbonilla@fr.com
Lance E. Wyatt, Jr. (*pro hac vice* application to be filed)
wyatt@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Attorneys for Defendants
GOLDEN NUGGET, INC. and LANDRY'S, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOLDEN NUGGET, INC. AND LANDRY'S, INC., <br><br> Defendant. | 2:18-CV-00864-MMD-NJK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> **(Second Request)** |

IT IS HEREBY STIPULATED between Plaintiff Linksmart Wireless Technology, LLC and Defendants Golden Nugget, Inc. and Landry's, Inc. (collectively, "Defendants"), by and through their undersigned counsel of record, that Defendants shall have until August 20, 2018, to respond to the Complaint. The extension is sought to allow Defendants sufficient time to analyze

///

///

-1-

Plaintiff's Complaint and obtain local counsel, not for the purpose of improper delay.

**IT IS SO STIPULATED AND AGREED.**

Dated: July 12, 2018

By */s/ Mark Borghese*      By */s/ Patrick Byrne*

Mark Borghese
Nevada Bar No. 6231
mark@borgheselegal.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 382-0200
Facsimile: (702) 382-0212

Larry C. Russ
(*pro hac vice* application pending )
lruss@raklaw.com
Marc A. Fenster
(*pro hac vice* application pending)
mfenster@raklaw.com
Benjamin T. Wang
(*pro hac vice* application pending)
bwang@raklaw.com
Kent N. Shum
(*pro hac vice* application pending)
kshum@raklaw.com
Bahrad A. Sokhansanj
(*pro hac vice* application pending)
bsokhansanj@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

ATTORNEYS FOR PLAINTIFF
LINKSMART WIRELESS
TECHNOLOGY, LLC

Patrick Byrne
Nevada Bar No. 7636
pbyrne@swlaw.com
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89168
Tel. 702.784.5200

Neil J. McNabnay
(*pro hac vice* application to be filed)
mcnabnay@fr.com
Ricardo J. Bonilla
(*pro hac vice* application to be filed)
rbonilla@fr.com
Lance E. Wyatt, Jr.
(*pro hac vice* application to be filed)
wyatt@fr.com
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel. 214.747.5070
Fax: 214.747.2091

ATTORNEYS FOR DEFENDANTS
GOLDEN NUGGET, INC. and LANDRY'S, INC.

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 13, 2018

4846-3815-7165

-2-