1    **SNELL & WILMER L.L.P.**
     Patrick Byrne
2    Nevada Bar No. 7636
     pbyrne@swlaw.com
3    3883 Howard Hughes Parkway, Suite 1100
     Las Vegas, Nevada 89168
4    Telephone: (702) 784-5200

5    **FISH & RICHARDSON P.C.**
     Neil J. McNabnay (*pro hac vice* application pending)
6    mcnabnay@fr.com
     Ricardo J. Bonilla (*pro hac vice*)
7    rbonilla@fr.com
     Lance E. Wyatt, Jr. (*pro hac vice*)
8    wyatt@fr.com
     1717 Main Street, Suite 5000
9    Dallas, Texas 75201
     Telephone: (214) 747-5070
10   Facsimile: (214) 747-2091

11   Attorneys for Defendants
     GOLDEN NUGGET, INC. and LANDRY'S, INC.
12

13

14

15                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**

16   LINKSMART WIRELESS
     TECHNOLOGY, LLC,
17                                              2:18-CV-00864-MMD-NJK
                  Plaintiff,
18                                              **JOINT STIPULATION AND [PROPOSED]**
     v.                                         **ORDER FOR EXTENSION OF TIME TO**
19                                              **RESPOND TO COMPLAINT**
     GOLDEN NUGGET, INC. AND
20   LANDRY'S, INC.,                            **(Third Request)**

21                  Defendant.

22

23         IT IS HEREBY STIPULATED between Plaintiff Linksmart Wireless Technology, LLC

24   and Defendants Golden Nugget, Inc. and Landry's, Inc. (collectively, "Defendants"), by and

25   through their undersigned counsel of record, that Defendants shall have until September 4, 2018,

26   to respond to the Complaint. The extension is sought to allow the parties sufficient time to

27   identify the proper defendants, not for the purpose of improper delay.

28   ///

                                              -1-

**IT IS SO STIPULATED AND AGREED.**

Dated:  August 20, 2018

By */s/ Kent N. Shum*                         By */s/ Patrick Byrne*

Mark Borghese                                 Patrick Byrne
Nevada Bar No. 6231                           Nevada Bar No. 7636
mark@borgheselegal.com                        pbyrne@swlaw.com
10161 Park Run Drive, Suite 150               3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89145                       Las Vegas, Nevada 89168
Telephone: (702) 382-0200                     Tel. 702.784.5200
Facsimile: (702) 382-0212

                                              Neil J. McNabnay
Larry C. Russ                                 (*pro hac vice* application pending)
(*pro hac vice*)                              mcnabnay@fr.com
lruss@raklaw.com                              Ricardo J. Bonilla
Marc A. Fenster                               (*pro hac vice*)
(*pro hac vice*)                              rbonilla@fr.com
mfenster@raklaw.com                           Lance E. Wyatt, Jr.
Benjamin T. Wang                              (*pro hac vice*)
(*pro hac vice*)                              wyatt@fr.com
bwang@raklaw.com                              1717 Main Street, Suite 5000
Kent N. Shum                                  Dallas, TX  75201
(*pro hac vice*)                              Tel.  214.747.5070
kshum@raklaw.com                              Fax:  214.747.2091
Bahrad A. Sokhansanj
(*pro hac vice*)                              ATTORNEYS FOR DEFENDANTS
bsokhansanj@raklaw.com                        GOLDEN NUGGET, INC. and LANDRY'S,
12424 Wilshire Boulevard, 12th Floor          INC.
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

ATTORNEYS FOR PLAINTIFF
LINKSMART WIRELESS
TECHNOLOGY, LLC

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___August 21, 2018___

4845-0021-7968

-2-
